Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 24-10342

**Caption:**
Walt Disney Parks and Resorts US, Inc.
v.
Ronald D. DeSantis, in his official capacity as Governor of Florida

District and Division: U.S. District Court for the Northern District of Florida
Name of Judge: Hon. Allen C. Winsor
Nature of Suit: Constitutional - State Statute
Date Complaint Filed: April 26, 2023
District Court Docket Number: 4:23-cv-00163-AW-MJF
Date Notice of Appeal Filed: February 1, 2024
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

**For Appellant:**
☑ Plaintiff
☐ Defendant
☐ Other (Specify)

Attorney Name: Daniel M. Petrocelli

Mailing Address:
O'Melveny & Myers
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067

Telephone, Fax, Email:
(310) 553-6700
(310) 246-6779 (fax)
dpetrocelli@omm.com

**For Appellee:**
☐ Plaintiff
☑ Defendant
☐ Other (Specify)

See attached

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | | ☐ Other _____ | ☑ Permanent   ☑ Denied |

Page 2                                                                                         11th Circuit Docket Number: __24-10342_____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?    ☑ Yes    ☐ No
What is the issue you claim is one of First Impression? _Please see the answer to #5 below._____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☐ Yes   ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?    ☐ Yes   ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes   ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?    ☐ Yes   ☑ No
(b) Among circuits?    ☑ Yes   ☐ No

If Yes, explain briefly:

Appellant contends the district court's ruling conflicts with precedents from other circuits.

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

(1) Whether Disney's complaint states a claim for violation of the First Amendment based on allegations that the State enacted laws eliminating Disney's voting rights in its local special district and installing a Governor-controlled district Board charged with controlling Disney's expressive activities, for the explicit purpose of punishing Disney for its protected political speech.

(2) Whether Disney has standing to sue the Governor and the Secretary of Commerce, the executive officials charged with implementing the challenged laws.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _____ DAY OF _____, _____.

Daniel M. Petrocelli                                                              /s/ Daniel M. Petrocelli
_____            _____
NAME OF COUNSEL (Print)                                                              SIGNATURE OF COUNSEL

**United States Court of Appeals
for the Eleventh Circuit
Civil Appeal Statement
(cont'd)**

**Attorneys for Defendants:**

Henry C. Whitaker
Solicitor General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Defendants Governor Ron DeSantis and the Secretary of the Florida Department of Commerce*

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants Martin Garcia, Michael Sasso, Brian Aungst, Jr., Ron Peri, Bridget Ziegler, and Glenton Gilzean, Jr.*