No. 24-10342

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

WALT DISNEY PARKS AND RESORTS, U.S., INC.,

*Plaintiff-Appellant,*

v.

RONALD D. DESANTIS, in his official capacity as Governor of Florida;
MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida
Department of Economic Opportunity; MARTIN GARCIA, in his official
capacity as Board Chair of the Central Florida Tourism Oversight District;
MICHAEL SASSO, in his official capacity as Board Member of the Central
Florida Tourism Oversight District; BRIAN AUNGST, JR., in his official
capacity as Board Member of the Central Florida Tourism Oversight District;
RON PERI, in his official capacity as Board Member of the Central Florida
Tourism Oversight District; BRIDGET ZIEGLER, in her official capacity as
Board Member of the Central Florida Tourism Oversight District; and
GLENTON GILZEAN, JR., in his official capacity as Administrator of the
Central Florida Tourism Oversight District,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-00163-AW-MJF (Winsor, J.)

---

## RULE 42(B)(1) STIPULATION OF DISMISSAL

---

No. 24-10342

*Walt Disney Parks and Resorts, U.S., Inc. v. Ronald D. DeSantis, et al.*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant Walt Disney Parks and Resorts, U.S., Inc., pursuant to Eleventh

Circuit Rule 26.1-1, submits this Certificate of Interested Persons and Corporate

Disclosure Statement.  The following persons and entities have an interest in the

outcome of this case or appeal:

1.  Abratt, Daniela B.

2.  Agnifilo, Karen

3.  Aungst, Brian Jr.

4.  Ayer, Donald

5.  Ballard Spahr LLP

6.  Barakat, Charbel

7.  Bell, Daniel W.

8.  Boutrous, Theodore J. Jr.

9.  Brinkmann, Beth S.

10. Brody, Stephen D.

11. Brown, Bruce D.

12. Burchard, Kendall T.

13. Carlson, Arne

14. Coleman, Tom

*Walt Disney Parks and Resorts, U.S., Inc. v. Ronald D. DeSantis, et al.*

15.Cooper & Kirk PLLC

16.Cooper, Charles J.

17.Costello, David M.

18.Covington & Burling LLP

19.DeSantis, Ronald D.

20.Eisen, Norman L.

21.Ervin, Bradley K.

22.Farmer, John

23.Frank, Honorable Michael J.

24.Garcia, Martin

25.Gerson, Stuart

26.Gibson Dunn & Crutcher LLP

27.Gilzean, Glenton, Jr.

28.Gonzalez, Jason B.

29.Guard, John M.

30.Hacker, Jonathan D.

31.Healey, Kerry Murphy

32.Ivey, Meredith

33.Kelly, J. Alex

34.Kristol, William

No. 24-10342

*Walt Disney Parks and Resorts, U.S., Inc. v. Ronald D. DeSantis, et al.*

35. Lawson Huck Gonzalez PLLC

36. LoCicero, Carol Jean

37. Losey PLLC

38. Losey, Adam C.

39. Mariotti, Renato

40. Masterman, Joseph

41. Mitchell, Adam W.

42. Moody, Ashley

43. Newton, Matthew T.

44. Norman Eisen PLLC

45. Older Lundy Koch & Martino LLP

46. O'Melveny & Myers LLP

47. Painter, Richard

48. Patel, Anita J.

49. Patterson, Peter A.

50. Percival, James H.

51. Peri, Ron

52. Petrocelli, Daniel M.

53. Potter, Trevor

54. Ramer, John D.

*Walt Disney Parks and Resorts, U.S., Inc. v. Ronald D. DeSantis, et al.*

55. Raul, Alan Charles

56. Reporters Committee for Freedom of the Press

57. Rottman, Gabe

58. Saldaña, Sarah

59. Sasso, Michael

60. Schneider, Claudine

61. Schoenfeld, Alan

62. Shays, Christopher

63. Slaughter, Joseph

64. Sullivan, Connor S.

65. The Leadership Now Project

66. The Walt Disney Company (DIS)

67. Thomas & LoCicero PL

68. Thompson, David H.

69. Tobin, Charles D.

70. Townsend, Katie

71. Troye, Olivia

72. Twardy, Stanley

73. Walt Disney Parks and Resorts, U.S., Inc.

74. Whitaker, Henry C.

No. 24-10342

*Walt Disney Parks and Resorts, U.S., Inc. v. Ronald D. DeSantis, et al.*

75. Whitman, Christine Todd

76. Wilmer Cutler Pickering Hale and Dorr LLP

77. Winsor, Honorable Allen C.

78. Wold, Megan M.

79. Wu, Shanlon

80. Ziegler, Bridget

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Appellant states that The Walt Disney Company (DIS) is the parent corporation of Walt Disney Parks and Resorts, U.S., Inc., and that no publicly held corporation owns 10% or more of Walt Disney Parks and Resorts, U.S., Inc.'s stock.

/s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli

*Counsel for Plaintiff-Appellant Walt Disney Parks and Resorts, U.S., Inc.*

## RULE 42(B)(1) STIPULATION OF DISMISSAL

Based on the new Development Agreement between appellant Walt Disney Parks and Resorts, U.S., Inc. ("Disney") and appellee Central Florida Tourism Oversight District, Disney has agreed to dismiss the above-captioned appeal. All parties to this appeal hereby stipulate to dismissal of the appeal with prejudice. All parties agree to bear their own costs on appeal.

Respectfully submitted,

Alan Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 937-7294
alan.schoenfeld@wilmerhale.com

Adam Colby Losey
LOSEY PLLC
1420 Edgewater Drive
Orlando, FL 32804
Tel. (407) 906-1605
alosey@losey.law

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel. (310) 246-6850
dpetrocelli@omm.com

Jonathan D. Hacker
Stephen D. Brody
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel. (202) 383-5285
jhacker@omm.com
sbrody@omm.com

*Attorneys for Plaintiff-Appellant Walt Disney Parks and Resorts, U.S., Inc.*

Jason Gonzalez
LAWSON HUCK GONZALEZ PLLC
215 S. Monroe Street
Suite 320
Tallahassee, FL 32301
Tel. (850) 825-4334
jason@lawsonhuckgonzalez.com

*/s/ Charles J. Cooper*
Charles J. Cooper
David H. Thompson
Peter A. Patterson
Megan M. Wold
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Tel. (202) 220-9660
ccooper@cooperkirk.com

*Counsel for the CFTOD Defendants-Appellees*

ASHLEY MOODY
Attorney General of Florida

JOHN GUARD
Chief Deputy Attorney General
JAMES H. PERCIVAL
Chief of Staff

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
Solicitor General
DANIEL W. BELL
Chief Deputy Solicitor General
DAVID M. COSTELLO
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Governor DeSantis and Secretary Kelly*

2

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

This document complies with the word limit of FRAP 27(d)(2) because, excluding the parts of the document exempted by FRAP 32(f), this document contains 55 words. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

/s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli

*Counsel for Plaintiff-Appellant Walt Disney Parks and Resorts, U.S., Inc.*